**HAMILTON, K.**

v.

**HAMILTON, A.**

**1443 EDA 2016**

Superior Court of Pennsylvania.

05/09/2017

14–12664
PACSES# 219115003
(Philadelphia)

Vacated/Remanded

**COM.**

v.

**GUILFORD, T.**

**1534 EDA 2016**

Superior Court of Pennsylvania.

05/09/2017

CP–51–CR–0000322–2015 (Philadelphia)

Vacated/Remanded

**COM.**

v.

**CORLISS, J.**

**2468 EDA 2016**

Superior Court of Pennsylvania.

05/09/2017

Reargument Denied 7/5/2017

CP–45–CR–0000743–1997
(Monroe)

Affirmed

**T.R.**

v.

**F.A.M.**

**2746 EDA 2016**

Superior Court of Pennsylvania.

05/09/2017

2016–PF–0767 (Lehigh)

Reversed

